IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-811-AP**

**ALAN E. THOMPSON,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to Remand (Doc. 13) is GRANTED.  The case is remanded to the agency pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk shall enter judgment in accordance with Fed. R. Civ. P. 58.

Dated:  August 23, 2006